IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO ARTEAGA,

    Plaintiff,                        No. CIV S-03-2302 EJG DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

        On December 18, 2006, plaintiff filed a letter and a document styled, "Notice Of Removal Of Criminal Prosecutions . . . ." This civil rights action was closed on January 28, 2004 and the Court of Appeals for the Ninth Circuit determined that plaintiff's appeal lacked merit. Therefore, plaintiff's documents will be disregarded and no orders will issue in response to future filings in this closed case.

DATED: January 22, 2007.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:4
arte2302.58a